```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MABEL RAMIREZ,                              :
                                            :
                    Plaintiff,              :
                                            :      10 Civ. 910 (RMB)
        - against -                         :
                                            :      **ADMINISTRATIVE ORDER**
HARISH KUMAR,                               :
                                            :
                    Defendant.              :
------------------------------------------------------------x

The parties having consented to the exercise of jurisdiction by a United States Magistrate Judge, and Magistrate Judge Paul E. Davison having been erroneously assigned to this action, (see Notice, Consent, and Order of Reference [#5], dated Apr. 6, 2010), the Clerk of Court is respectfully requested to reassign this action to Magistrate Judge Debra C. Freeman for all purposes.

Dated: New York, New York
       April 12, 2010

_____
RICHARD M. BERMAN, U.S.D.J.